| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____   Chapter **11** |
| ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Bellehaven Academy, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-5107644

**4. Debtor's address**

Principal place of business:  
602 W. Market St.  
Anderson, SC 29624  
*Number, Street, City, State & ZIP Code*

Anderson  
*County*

Mailing address, if different from principal place of business  
*P.O. Box, Number, Street, City, State & ZIP Code*

Location of principal assets, if different from principal place of business  
1109 S. Main St. Anderson, SC 29624  
*Number, Street, City, State & ZIP Code*

**5. Debtor's website (URL)**  n/a

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Bellehaven Academy, Inc.**                                                                Case number (*if known*) _____
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __1519__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

---

Debtor **Bellehaven Academy, Inc.** Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Bellehaven Academy, Inc.** _____ Case number (*if known*)_____
       Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Bellehaven Academy, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 1, 2025**
MM / DD / YYYY

**X** **/s/ Dawn Rucker**
Signature of authorized representative of debtor

**Dawn Rucker**
Printed name

Title   **Founding Member**

**18. Signature of attorney**

**X** **/s/ Jason M Ward**
Signature of attorney for debtor

Date **July 1, 2025**
MM / DD / YYYY

**Jason M Ward 11530**
Printed name

**Jason Ward Law, LLC**
Firm name

**414-D Pettigru St**
**Greenville, SC 29601**
Number, Street, City, State & ZIP Code

Contact phone **864-239-0007**    Email address **Jason@WardLawSC.com**

**11530 SC**
Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: | Case No. 25-_____ |
| Bellehaven Academy, Inc. | Chapter 11 |
| Debtor. | |

## DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Dawn Rucker, as Founding Member of Bellehaven Academy, Inc. ("Debtor"), as debtor in possession in the above captioned small business debtor reorganization hereby declare under penalty of perjury that the Debtor does not maintain a balance sheet, statement of operations, or cashflow statement in the ordinary operation of its business.

Respectfully submitted on this the 1st day of July, 2025,

                                                             /s/ Dawn Rucker_____
                                                            Dawn Rucker
                                                            Founding Member, Bellehaven Academy, Inc.

## United States Bankruptcy Court
### District of South Carolina

In re  **Bellehaven Academy, Inc.**
Debtor(s)

Case No.
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dawn Rucker**, declare under penalty of perjury that I am the **Founding Member** of **Bellehaven Academy, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **30th** day of June, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dawn Rucker**, **Founding Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dawn Rucker**, **Founding Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dawn Rucker**, **Founding Member** of this Corporation is authorized and directed to employ **Jason M Ward, Esq.**, attorney and the law firm of **Jason Ward Law, LLC** to represent the corporation in such bankruptcy case."

Date **July  1, 2025**

Signed **/s/ Dawn Rucker**
**Dawn Rucker**

Resolution of Board of Directors
of
**Bellehaven Academy, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dawn Rucker, Founding Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dawn Rucker, Founding Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dawn Rucker, Founding Member** of this Corporation is authorized and directed to employ **Jason M Ward, Esq.**, attorney and the law firm of **Jason Ward Law, LLC** to represent the corporation in such bankruptcy case.

Date **July  1, 2025**      Signed **/s/ Dawn Rucker**
                                     **Dawn Rucker, Founding Member**

Date **July  1, 2025**      Signed **/s/ Margaret Rucker**
                                     **Margaret Rucker, President**

Click on the question-mark icons to display help windows.
The information provided will enable you to file a more complete return and reduce the chances the IRS will need to contact you.

| Form **990-EZ** | **Short Form**<br>**Return of Organization Exempt From Income Tax**<br>Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)<br>▶ Do not enter social security numbers on this form, as it may be made public.<br>▶ Go to www.irs.gov/Form990EZ for instructions and the latest information. | OMB No. 1545-0047<br>**2019**<br>**Open to Public Inspection** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | |

**A** For the 2019 calendar year, or tax year beginning **December 29**, 2019, and ending **December 29**, 20 **20**

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization: **Bellehaven Academy Inc**
Number and street (or P.O. box if mail is not delivered to street address): **1109 South Main Street**
Room/suite:
City or town, state or province, country, and ZIP or foreign postal code: **Anderson, South Carolina 29624**

**D** Employer identification number: **465107644**
**E** Telephone number: **864**
**F** Group Exemption Number ▶

**G** Accounting Method: ☑ Cash  ☐ Accrual  Other (specify) ▶ _____
**H** Check ▶ ☐ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF).
**I** Website: ▶ **www.bellehavenacademy.com**
**J** Tax-exempt status (check only one) — ☑ 501(c)(3)  ☐ 501(c) (   ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527
**K** Form of organization:  ☑ Corporation  ☐ Trust  ☐ Association  ☐ Other _____
**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B)) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . . . . . . ▶ $ **1500.00**

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)
Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . . . ☐

**Revenue**
| | | |
|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received . . . . . . . . . . | **1** 1500.00 |
| 2 | Program service revenue including government fees and contracts . . . . . . . | **2** 0.00 |
| 3 | Membership dues and assessments . . . . . . . . . . . . . . . | **3** 0.00 |
| 4 | Investment income . . . . . . . . . . . . . . . . . . . | **4** 0.00 |
| 5a | Gross amount from sale of assets other than inventory . . . | **5a** 0.00 | |
| b | Less: cost or other basis and sales expenses . . . . . . . | **5b** 0.00 | |
| c | Gain or (loss) from sale of assets other than inventory (subtract line 5b from line 5a) . . . | **5c** 0.00 |
| 6 | Gaming and fundraising events: | |
| a | Gross income from gaming (attach Schedule G if greater than $15,000) . . . | **6a** 0.00 | |
| b | Gross income from fundraising events (not including $ **0.00** of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . . | **6b** 0.00 | |
| c | Less: direct expenses from gaming and fundraising events . . . | **6c** 0.00 | |
| d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . . . . . . . . . . . . | **6d** 0.00 |
| 7a | Gross sales of inventory, less returns and allowances . . . . . | **7a** 0.00 | |
| b | Less: cost of goods sold . . . . . . . . . . . . . | **7b** 0.00 | |
| c | Gross profit or (loss) from sales of inventory (subtract line 7b from line 7a) . . . . . . | **7c** 0.00 |
| 8 | Other revenue (describe in Schedule O) . . . . . . . . . . . . . . | **8** 0.00 |
| 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . . . . . ▶ | **9** 1500.00 |

**Expenses**
| | | |
|---|---|---|
| 10 | Grants and similar amounts paid (list in Schedule O) . . . . . . . . . . . | **10** 0.00 |
| 11 | Benefits paid to or for members . . . . . . . . . . . . . . . | **11** 0.00 |
| 12 | Salaries, other compensation, and employee benefits . . . . . . . . . . | **12** 0.00 |
| 13 | Professional fees and other payments to independent contractors . . . . . . | **13** 0.00 |
| 14 | Occupancy, rent, utilities, and maintenance . . . . . . . . . . . . | **14** 3000.00 |
| 15 | Printing, publications, postage, and shipping . . . . . . . . . . . . | **15** 0.00 |
| 16 | Other expenses (describe in Schedule O) . . . . . . . . . . . . . | **16** 0.00 |
| 17 | **Total expenses.** Add lines 10 through 16 . . . . . . . . . . . . . ▶ | **17** 3000.00 |

**Net Assets**
| | | |
|---|---|---|
| 18 | Excess or (deficit) for the year (subtract line 17 from line 9) . . . . . . . . . | **18** 0.00 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . . . | **19** 0.00 |
| 20 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . | **20** 0.00 |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 . . . ▶ | **21** 0.00 |

For Paperwork Reduction Act Notice, see the separate instructions.  Cat. No. 10642I  Form **990-EZ** (2019)

Form 990-EZ (2019)                                                                                                                Page **2**

### Part II  Balance Sheets (see the instructions for Part II)
Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . ☐

|  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|
| 22  Cash, savings, and investments . . . . . . . . . . . . | 0.00 | 22 | 0.00 |
| 23  Land and buildings . . . . . . . . . . . . . . . . | 0.00 | 23 | 0.00 |
| 24  Other assets (describe in Schedule O) . . . . . . . . . | 0.00 | 24 | 0.00 |
| 25  **Total assets** . . . . . . . . . . . . . . . . . | 0.00 | 25 | 0.00 |
| 26  **Total liabilities** (describe in Schedule O) . . . . . . . . | 0.00 | 26 | 0.00 |
| 27  **Net assets or fund balances** (line 27 of column (B) **must** agree with line 21) . . | -3000.00 | 27 | -1500.00 |

### Part III  Statement of Program Service Accomplishments (see the instructions for Part III)
Check if the organization used Schedule O to respond to any question in this Part III . . ☐

What is the organization's primary exempt purpose?  **Education Services for Disabled Individuals**

**Expenses** (Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.)

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**28**  **None as the organization suffered a deficit in contributions for this year.**

(Grants $  0.00  )  If this amount includes foreign grants, check here . . . . ▶ ☐  **28a**   0.00

**29**  

(Grants $          )  If this amount includes foreign grants, check here . . . . ▶ ☐  **29a**

**30**  

(Grants $          )  If this amount includes foreign grants, check here . . . . ▶ ☐  **30a**

**31**  Other program services (describe in Schedule O) . . . . . . . . . . . . . . . .
(Grants $          )  If this amount includes foreign grants, check here . . . . ▶ ☐  **31a**

**32**  **Total program service expenses** (add lines 28a through 31a) . . . . . . . . . . ▶  **32**

### Part IV  List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated—see the instructions for Part IV)
Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . . . ☐

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| **Dawn Rucker**<br>**President** | **10-15 hours** | 0.00 | 0.00 | 0.00 |

Form **990-EZ** (2019)

Form 990-EZ (2019) Page **3**

### Part V  Other Information (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . ☐

| | | Yes | No |
|---|---|:---:|:---:|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O | | ✔ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O. See instructions | | ✔ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? | | ✔ |
| b | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | | ✔ |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III | | ✔ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N | | ✔ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ **37a** 0.00 | | |
| b | Did the organization file **Form 1120-POL** for this year? | | ✔ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee; **or** were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? | | ✔ |
| b | If "Yes," complete Schedule L, Part II, and enter the total amount involved **38b** 0.00 | | |
| 39 | Section 501(c)(7) organizations. Enter: | | |
| a | Initiation fees and capital contributions included on line 9 **39a** 0.00 | | |
| b | Gross receipts, included on line 9, for public use of club facilities **39b** 0.00 | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ 0.00 ; section 4912 ▶ 0.00 ; section 4955 ▶ 0.00 | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | | ✔ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ 0.00 | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization ▶ 0.00 | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T | | ✔ |
| 41 | List the states with which a copy of this return is filed ▶ South Carolina | | |
| 42a | The organization's books are in care of ▶ Dawn Rucker    Telephone no. ▶ 864-760-5973 | | |
| | Located at ▶ 1109 South Main St. Anderson, South Carolina    ZIP + 4 ▶ 29624 | | |
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | Yes | No |
| | | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ | | |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? | | ✔ |
| | If "Yes," enter the name of the foreign country ▶ | | |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ▶ **43** | | |
| | | Yes | No |
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ | | ✔ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ | | ✔ |
| c | Did the organization receive any payments for indoor tanning services during the year? | | ✔ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O | | ✔ |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | | ✔ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ. See instructions | | ✔ |

Form **990-EZ** (2019)

Form 990-EZ (2019) Page **4**

| | | Yes | No |
|---|---|---|---|
| **46** | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . . . **46** | | ✔ |

**Part VI** Section 501(c)(3) Organizations Only

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **47** | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . . . . . **47** | | ✔ |
| **48** | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . . **48** | | ✔ |
| **49a** | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . **49a** | | ✔ |
| **b** | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . . . . **49b** | | |

**50** Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| **(a)** Name and title of each employee | **(b)** Average hours per week devoted to position | **(c)** Reportable compensation (Forms W-2/1099-MISC) | **(d)** Health benefits, contributions to employee benefit plans, and deferred compensation | **(e)** Estimated amount of other compensation |
|---|---|---|---|---|
| NONE | | | | |

**f** Total number of other employees paid over $100,000 . . . . ▶ _____

**51** Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| **(a)** Name and business address of each independent contractor | **(b)** Type of service | **(c)** Compensation |
|---|---|---|
| NONE | | |

**d** Total number of other independent contractors each receiving over $100,000 . . ▶ 0

**52** Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ *Dawn Rucker*   Signature of officer   Date **12/27/2019**

▶ **Dawn Rucker, President**   Type or print name and title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|

Firm's name ▶                                Firm's EIN ▶
Firm's address ▶                             Phone no.

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2019)

Fill in this information to identify the case:

Debtor name: **Bellehaven Academy, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re **Bellehaven Academy, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ _____ |
   | Prior to the filing of this statement I have received | $ _____ |
   | Balance Due | $ _____ |

   ☑ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **10,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **350.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Debtor's Founding Member, Dawn Rucker**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify):    **Debtor's Founding Member, Dawn Rucker**

   **\*\*The $10,000 retainer was paid by Dawn Rucker, the Founding Member of the Debtor, from her personal funds.**

   **Ms. Rucker has not conditioned payment on the outcome of the case or sought to direct the legal strategy of counsel.**

   **Debtor's counsel represents the debtor entity alone and not Ms. Rucker individually.\*\***

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re  **Bellehaven Academy, Inc.**                                               Case No.  _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 1, 2025** | **/s/ Jason M Ward** |
| *Date* | **Jason M Ward 11530** |
| | *Signature of Attorney* |
| | **Jason Ward Law, LLC** |
| | **414-D Pettigru St** |
| | **Greenville, SC 29601** |
| | **864-239-0007   Fax: 864-239-0343** |
| | **Jason@WardLawSC.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of South Carolina

In re  **Bellehaven Academy, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dawn Rucker**<br>**602 W. Market St.**<br>**Anderson, SC 29624** | **Non-Equity (Nonprofit)** | **n/a** | **Member** |
| **Margaret Rucker**<br>**3706 Bellehaven Rd.**<br>**Belton, SC 29627** | **Non-Equity (Nonprofit)** | **n/a** | **Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Founding Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July  1, 2025**

Signature  **/s/ Dawn Rucker**
**Dawn Rucker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Bellehaven Academy, Inc.**  Case No.

Debtor(s)  Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) **X** electronic version filed via CM/ECF

Date: **July 1, 2025**    **/s/ Dawn Rucker**
**Dawn Rucker**
Signature of Debtor

**/s/ Jason M Ward**
Signature of Attorney
**Jason M Ward**
**Jason Ward Law, LLC**
**414-D Pettigru St**
**Greenville, SC 29601**
**864-239-0007**
Typed/Printed Name/Address/Telephone

**11530 SC**
District Court I.D. Number

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 4
1835 ASSEMBLY STREET
MDP 39
COLUMBIA SC 29201


MARGARET RUCKER
3706 BELLEHAVEN RD.
BELTON SC 29627


SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF GENERAL COUNSEL
300 A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


US ATTORNEY FOR SC FOR IRS
ATTN: GEORGE CONITS, ESQ.
55 BEATTIE PLACE, SUITE 700
GREENVILLE SC 29601


US ATTY GENERAL CIVIL DIV
US DEPT OF JUSTICE, BANKRUPTCY
950 PENNSYLVANIA AVE., NW
WASHINGTON DC 20530


US BANK AS TRUSTEE FOR VELOCITY
C/O HUTCHENS LAW FIRM
PO BOX 8237
COLUMBIA SC 29202


US BANK AS TRUSTEE FOR VELOCITY
C/O HUTCHENS LAW FIRM
240 STONERIDGE DR., SUITE 400
COLUMBIA SC 29210


VELOCITY INVESTMENTS LLC
1800 ROUTE 34 N, SUITE 305
WALL NJ 07719-9147
```

```
VELOCITY INVESTMENTS, LLC
PO BOX 788
BELMAR NJ 07719
```

# United States Bankruptcy Court
### District of South Carolina

In re  **Bellehaven Academy, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bellehaven Academy, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 1, 2025**  
Date

**/s/ Jason M Ward**  
**Jason M Ward 11530**  
Signature of Attorney or Litigant  
Counsel for  **Bellehaven Academy, Inc.**  
**Jason Ward Law, LLC**  
**414-D Pettigru St**  
**Greenville, SC 29601**  
**864-239-0007 Fax:864-239-0343**  
**Jason@WardLawSC.com**